

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00132-CV

| | | |
|---|---|---|
| CITY OF FOREST HILL AND RICHARD WINTERS, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-341841-23) |
| V. | § | December 4, 2025 |
| LINA MINO, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's denial of a Rule 91a motion. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's denial of the motion as to the claims for which the City of Forest Hill is the named defendant. We reverse the trial court's denial of the motion as to the state-law tort claims against Richard Winters, and we render judgment dismissing those claims. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach